1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7272
5

FILED

2005 AUG 31 · A II: 21

CL' · /.U5 JIST.CO'RT
' \5'L RI DIST. OF CALIF
      AT FRESNO
BY_____
      DEPUTY

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8

9

10

11  UNITED STATES OF AMERICA,     )   MAG. NO. 05-0214 LJO
                                  )
12          Plaintiff,            )   ORDER
                                  )
13          v.                    )
                                  )
14  GABRIEL JEDIDIAH SCHOENSTEIN, )
                                  )
15          Defendant.            )
                                  )
16  _____)

17

18      Having considered the government's application to unseal the

19  arrest warrant, criminal complaint and affidavit in the above-

20  captioned proceeding,

21      IT IS HEREBY ORDERED that the arrest warrant, criminal

22  complaint and affidavit submitted in support of the criminal

23  complaint shall be UNSEALED.

24  Dated: August 30, 2005

                        Honorable Lawrence J. O'Neill
25                      U.S. Magistrate Judge

26

27

28

                              1