# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

2005 DEC -5 P 4: 03

United States of America )
vs. ) Case No. 1:05-CR-315-OWW
Gabriel Jedidiah Schoenstein )

EASTERN DIST. OF CALIF
AT FRESNO

BY_____
DEPUTY

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Gabriel J. Schoenstein___, have discussed with ___Dan Stark___, Pretrial Services Officer, modifications of my release conditions as follows:

That the condition of release related to electronic monitoring be modified to become: The defendant shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring. **CURFEW:** You are restricted to your residence everyday from 10:00 p.m. to 5:00 a.m., as directed by the Pretrial Services Officer.

All previous conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 12/2/05                  _____ 12-2-2005
Signature of Defendant  Date                    Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                           12/5/05
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                           12-2-05
Signature of Defense Counsel                     Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on ___12-5-05___.
[ ] The above modification of conditions of release is *not* ordered.

_____                           12-5-05
Signature of Judicial Officer                    Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services