United States District Court
EASTERN DISTRICT OF CALIFORNIA

**FILED**
NOV 14 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

)
United States of America )
vs. ) Case No. 1:06-CR-00351 OWW
Gabriel Jedidiah Schoenstein )
)

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Gabriel J. Schoenstein___, have discussed with ___Jacob Scott___, Pretrial Services Officer, modifications of my release conditions as follows:

Vacate the following condition: The defendant shall participate in the following home confinement program components and abide by all the requirements of the program which **will not** include electronic monitoring. Curfew: You are restricted to your residence everyday from 10 p.m. to 5:00 a.m., as directed by the Pretrial Services.

All previous conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.; education;

_____  11/13/06     _____  11/13/06
Signature of Defendant     Date          Pretrial Services Officer     Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                  11/13/06
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  11/14/06
Signature of Defense Counsel                  Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on ___11/14/06___.
[ ] The above modification of conditions of release is *not* ordered.

_____                  11/14/06
Signature of Judicial Officer                  Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANDRE RENE FLOYD,

vs.

SCRIBNER,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-03-6155 OWW/DLB HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____
_____
_____
_____

__X__   Denied for the following reason:
THREE STRIKE STATE DEFENDANT
NO ISSUE TO OVERTURN CONVICTION
OR SENTENCE DEBATEABLE AMONG
JURISTS OF REASON.

Dated: 11-9-06

OLIVER W. WANGER
United States District Judge