# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JAN 2 6 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 1:06-CR-00351 OWW |
| Gabriel Jedidiah Schoenstein ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Gabriel J. Schoenstein_____, have discussed with _____Jacob Scott_____, Pretrial Services Officer, modifications of my release conditions as follows:

Vacate the following condition: You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer;

All previous conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  1/22/07           _____  1/24/07
Signature of Defendant     Date             Pretrial Services Officer     Date

I have reviewed the conditions and concur that this modification is appropriate.

_____Karen Escobar_____                                       1/24/07
Signature of Assistant United States Attorney                 Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                         1/26/07
Signature of Defense Counsel                                  Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on  1/26/2007.
☐ The above modification of conditions of release is *not* ordered.

_____                                         1/26/2007
Signature of Judicial Officer                                 Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services