1  **DANIEL A. BACON** 065099
Attorney at Law
2  5200 North Palm, Suite 408
Fresno, California 93704
3  Telephone: (559) 241-7000

4  Attorney for GABRIEL JEDIDIAH SCHOENSTEIN

6  UNITED STATES DISTRICT COURT

7  EASTERN DISTRICT OF CALIFORNIA

9  | UNITED STATES OF AMERICA, | NO. CR F-05-0315 OWW |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING, AND ORDER THEREON |
| vs. | DATE: September 24, 2007 |
| GABRIEL JEDIDIAH SCHOENSTEIN, | TIME: 9:00 AM |
| Defendant. | DEPT: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the sentencing hearing presently scheduled before the Hon Oliver W. Wanger for September 24, 2007 at the hour of 9:00 AM be continued to October 29, 2007 at 9:00 AM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

Dated: September 10, 2007.           McGREGOR SCOTT, United States Attorney

                                     By:  /s/ Karen Escobar
                                     KAREN ESCOBAR, Assistant U.S. Attorney
                                     Attorney for Plaintiff

Dated: September 10, 2007.

                                      /s/ Daniel A. Bacon
                                     DANIEL A. BACON,
                                     Attorney for Defendant SCHOENSTEIN

Stipulation to Continue Sentencing and Order Thereon

1 ORDER

2       IT SO ORDERED.  Time is excluded in the interests of justice pursuant to
3 18 U.S.C. Section 3161 (h)(8)(B)(iv).
4 IT IS SO ORDERED.
5 **Dated:   September 12, 2007**          **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE