1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm, Suite 408
   Fresno, California 93704
3  Telephone: (559) 241-7000

4  Attorney for GABRIEL JEDIDIAH SCHOENSTEIN

5

6                  UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

8

9  | UNITED STATES OF AMERICA, | ) | NO. CR F-05-00315 OWW |
   |---|---|---|
10 | Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING, AND ORDER THEREON |
11 | vs. | ) | |
   | | ) | DATE:   January 7, 2008 |
12 | GABRIEL JEDIDIAH SCHOENSTEIN, | ) | TIME:   9:00 AM |
   | | ) | DEPT:   Hon. Oliver W. Wanger |
13 | Defendant. | ) | |
14 | _____ | ) | |

15         IT IS HEREBY STIPULATED by and between the parties hereto through
16 their attorneys of record that the hearing presently scheduled before the Hon Oliver W.
17 Wanger for January 7, 2008 at the hour of 9:00 AM be continued to February 11, 2008
18 at 9:00 AM.

19         The parties agree that the delay resulting from the continuance shall be
20 excluded in the interests of Justice, including, but not limited to, the need for the period
21 of time set forth herein for effective defense preparation pursuant to 18 U.S.C.
22 Section 3161 (h)(8)(B)(iv).

23 Dated: January 2, 2008.                     McGREGOR SCOTT, United States Attorney

24                                             By:  /s/ Karen Escobar
                                                    KAREN ESCOBAR, Assistant U.S. Attorney
25                                                  Attorney for Plaintiff

26 Dated: January 2, 2008.

27                                                 /s/ Daniel A. Bacon
                                                   DANIEL A. BACON,
28                                                 Attorney for Defendant SCHOENSTEIN

                     Stipulation to Continue Sentencing and Order Thereon

1  ORDER

2  IT SO ORDERED.  Time is excluded in the interests of justice pursuant to
3  18 U.S.C. Section 3161 (h)(8)(B)(iv).
4  IT IS SO ORDERED.

5  **Dated:   January 3, 2008**              **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE