UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:05-CR-00315 OWW |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER EXONERATING BOND |
| GABRIEL JEDIDIAH SCHOENSTEIN ) | AND FOR RETURN OF NOTES |
| ) | AND DEEDS OF TRUST |
| Defendants. ) | |
| _____) | |

The above-named defendant having been sentenced, and now being in the custody of the Bureau of Prisons, it is hereby ordered that the bond be exonerated and all notes and deeds of trust be returned to the sureties.

Deed # 2005-0217336
Deed # 2005-0217340

IT IS SO ORDERED.

Dated:   December 16, 2009             /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE